# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER GREAVES,<br><br>                              Plaintiff,<br>     v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                              Defendant. | CASE NO. 09 CV 0065 JM (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Doc. No. 10 |

Pursuant to the parties' joint motion, and for good cause showing, the court hereby **GRANTS** the motion and **DISMISSES** the above-captioned proceeding in its entirety, with prejudice, under Fed. R. Civ. P. 41.

**IT IS SO ORDERED.**

DATED: March 30, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　United States District Judge